# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HILLMAN, | CV F   05-1225 AWI SMS HC |
| Petitioner, | ORDER DIRECTING COUNSEL TO RE-SUBMIT SUBSTITUTION OF ATTORNEY |
| v. | |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

On July 16, 2006, Richard Pfeiffer, Esq., submitted a notice of appearance and substitution of attorney in this action.[2] The substitution of attorney was not, however, signed by Petitioner.  See Local Rule 83-182(g) ("An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client.")

Accordingly, within twenty (20) days from the date of service of this order, counsel shall re-submit the substitution of attorney with the requisite signatures.

IT IS SO ORDERED.

**Dated:   July 28, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

---

[1] On June 9, 2006, this action was reassigned to the Judge Anthony W. Ishii due to the senior status of Judge Robert E. Coyle.  (Court Doc. 9.)

[2] Petitioner has previously been proceeding pro se in this action.

1