# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HILLMON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>　　　　Respondent._____/ | CV F   05-1225 AWI SMS HC<br><br>ORDER DENYING MOTION FOR SUBSTITUTION OF ATTORNEY<br><br>[Doc. 15] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On July 16, 2006, Richard Pfeiffer, Esq., submitted a notice of appearance and substitution of attorney in this action. The substitution of attorney was not, however, signed by Petitioner. See Local Rule 83-182(g) ("An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client.")

　　　Therefore, on July 31, 2006, the Court directed counsel to re-submit the substitution of attorney with the requisite signatures within twenty days from the date of service. (Court Doc. 14.)

　　　On August 7, 2006, Mr. Pfeiffer submitted a second notice of appearance and substitution

1 of attorney, again *without* the signature of Petitioner.[1]  (Court Doc. 15.)  Accordingly, it is

2 HEREBY ORDERED that:

3     1.    The motion for substitution of attorney is denied with leave to renew; and

4     2.    The Clerk of Court is directed to serve a courtesy copy of this order on Richard Darington Pfeiffer, I, Esq., at Law Office of Rich Pfeiffer, 9752 Willow Glen Circle, Santa Ana CA 92705.

8 IT IS SO ORDERED.

9 **Dated:    August 11, 2006**           /s/ Sandra M. Snyder
icido3                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Pfeiffer is advised that he is presently not counsel of record in this case and will not be so unless and until a proper substitution of attorney is submitted to the Court.

2