# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HILLMON, | CV F   05-1225 AWI SMS HC |
| Petitioner, | ORDER GRANTING SUBSTITUTION OF ATTORNEY AND GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| v. | |
| K. MENDOZA-POWERS, Warden, | [Docs. 13, 17] |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on September 28, 2005, and an amended petition on April 4, 2006.  By order of April 13, 2006, the Court directed Respondent to file a response to the petition.  On June 12, 2006, Respondent filed a motion to dismiss the instant petition.   On July 5, 2005, Petitioner filed a motion for an extension of time to file an opposition to Respondent's motion.  (Court Doc. 12.)  On July 16, 2006, counsel Richard Pfeiffer filed a notice of appearance and  motion for an extension of time to file an opposition to Respondent's motion.  (Court Docs. 12, 13.)

On July 31, 2006, the Court directed counsel to re-submit the substitution of attorney as it did not contain the signature of Petitioner consenting to the substitution.  (Court Doc. 14.)  On August 7, 2006, counsel filed a renewed notice of appearance; however, it was again denied on the same grounds.  (Court Docs. 15, 16.)

1

On August 15, 2006, Petitioner properly filed a substitution of attorney and notice of appearance, along with a substitution form containing the signature of both parties consenting to the representation.

I.      Motion to Substitute Counsel

According to the substitution of attorney form, Richard Pfeiffer, Esq. Has been retained by Petitioner to represent him in this action.  Counsel requests that the Court grant his motion to substitute as counsel of record.  The substitution of attorney form contains the signature of Petitioner consenting to the substitution of Richard Pfeiffer as counsel in this case.

Accordingly, the motion to substitute is GRANTED.

II.     Motion for Extension of Time

In his July 16, 2006, request for an extension of time, counsel requests thirty days within which to file an opposition to Respondent's motion to dismiss due to the fact that he has been recently retained.

Good cause having been demonstrated, Petitioner's request is GRANTED, and any opposition to Respondent's motion to dismiss shall be due within thirty days from the date of service of this order.  Because the Court has granted the substitution of counsel and granted counsel's request for an extension of time, Petitioner's request for an extension of time filed July 5, 2006, prior to the retention of counsel, shall be disregarded as moot.

ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1.   The motion for substitution of attorneys is GRANTED;

2.   Petitioner's request for an extension of time to file an opposition to Respondent's motion to dismiss, filed July 16, 2006, is GRANTED, and Petitioner is granted thirty days from the date of service to file said opposition; and

3.   Petitioner's request for an extension of time, filed July 5, 2006, is DISREGARDED as MOOT.

IT IS SO ORDERED.

**Dated:      August 22, 2006**                         /s/ Sandra M. Snyder

1  icido3                              UNITED STATES MAGISTRATE JUDGE