UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLTON HILLMON, | ) | 1:05-cv-01225-AWI-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 20) |
| v. | ) | |
| | ) | **ORDER DENYING MOTION TO** |
| K. MENDOZA-POWERS, Warden, | ) | **DISMISS** (Doc. 10) |
| | ) | |
| Respondent. | ) | |

Petitioner, represented by counsel, is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On October 19, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim for relief be DENIED, and the matter be referred back to the Magistrate Judge for issuance of a further scheduling order.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendations.

1     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed October 19, 2006, are ADOPTED IN FULL;

    2.   Respondent's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim for relief, filed June 12, 2006, is DENIED; and,

    3.   The matter is referred back to the Magistrate Judge for issuance of a further scheduling order.

IT IS SO ORDERED.

**Dated:   December 30, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE