# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HILLMON, | CV F  05-1225 AWI SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO AMENDED PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented to Richard Pfeiffer, Esq.

On January 3, 2007, Respondent's motion to dismiss the instant petition for lack of jurisdiction was denied, and the matter was referred back to the undersigned for issuance of a further scheduling order.  (Court Doc. 21.)

Accordingly, it is HEREBY ORDERED that

1. Within forty-five (45) days from the date of service of this order, Respondent shall file an answer addressing the merits of Petitioner's amended petition;

2. Petitioner may file a traverse within thirty (30) days from the date Respondent's answer is filed with the Court; and

3. All other provisions of the Court's April 13, 2006, order to respond remain in full force and effect.  (Court Doc. 7.)

IT IS SO ORDERED.

**Dated:   January 10, 2007**              /s/ Sandra M. Snyder

1 | icido3 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28