# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HILLMON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>　　　　Respondent.<br>_____ / | CV F   05-1225 LJO SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT<br><br>[Doc. 30]<br><br>CERTIFICATE OF APPEALABILITY UNNECESSARY |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented to Richard Pfeiffer, Esq.

　　　On May 19, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendation issued May 19, 2008, is ADOPTED IN
　　　　　　FULL;

1     2.    The Petition for Writ of Habeas Corpus is DENIED;

2     3.    The Clerk of the Court is DIRECTED to enter judgment for Respondent; and,

3     4.    A certificate of appealability is unnecessary.  See <u>Rosas v. Nielsen</u>, 428 F.3d 1229, 1231-1232 (9th Cir. 2005); <u>White v. Lambert</u>, 370 F.3d 1002, 1010-1013 (9th Cir. 2004) (no certificate of appealability required for denial of petition challenging parole or any other administrative decision by prison officials in making a determination regarding the execution of prisoner's sentence).

IT IS SO ORDERED.

**Dated:**   **June 13, 2008**                                 **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE